1
2
3
4
5          **E-FILED on 9/23/11**
6
7
8
9
10                     IN THE UNITED STATES DISTRICT COURT
11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  THEODORE SHOVE,                )        No. C 11-3707 RMW (PR)
                                   )
13          Plaintiff,              )        JUDGMENT
                                   )
14     v.                           )
                                   )
15  WARDEN M. MARTEL, et al.,      )
                                   )
16          Defendants.             )
                                   )
17

18     The court has dismissed the instant civil rights action without prejudice. A judgment of
19  dismissal without prejudice is entered. The clerk shall close the file.
20     IT IS SO ORDERED.
21  DATED:  9/23/11
                                           _____
                                           RONALD M. WHYTE
22                                         United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.11\Shove707jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE SHOVE et al, | Case Number: CV11-03707 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| M. MARTEL et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Theodore Shove G11092
San Quentin State Prison
San Quentin, CA 94974

Dated: September 23, 2011

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk