1
2
3
4
5          ΕΟΕΖΟ₠ŠÒÒ ÆΖΗ₤ΒΟↃ ₤ΕΓΕ
6
7
8
9
10
11

                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12   THEODORE SHOVE,                  )       No. C 11-3707 RMW (PR)
                                      )
13              Plaintiff,            )       ORDER GRANTING
                                      )       EXTENSION OF TIME
14     v.                             )
                                      )
15   WARDEN M. MARTEL, et al.,        )
                                      )
16              Defendants.           )
     _____)
17

18          Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42

19   U.S.C. § 1983 seeking injunctive and declaratory relief for alleged civil rights violations.  On

20   September 23, 2011, the court dismissed plaintiff's complaint on grounds of abstention.  Plaintiff

21   filed a timely motion for rehearing, which this court construed as a motion for reconsideration.

22   To assist the court in determining whether reconsideration was warranted, on November 17,

23   2011, plaintiff was ordered to file within thirty days, one complete copy of his state habeas

24   petition, case number S193252, filed in the California Supreme Court.  Plaintiff was warned that

25   failure to comply would result in the denial of his motion for reconsideration.  More than thirty

26   days have passed, and plaintiff has not complied with the court's instruction.

27          However, on January 3, 2012, plaintiff filed a motion to compel the status of the case.

28   The motion is granted.  In that motion, plaintiff averred under penalty of perjury that he had not

1    received any orders from the court addressing his motion for reconsideration.  Assuming that

2    plaintiff did not receive the court's November 17, 2011 order, the court will grant plaintiff <u>sua</u>

3    <u>sponte</u> an extension of time to comply.

4          Within **thirty days** of the filing date of this order, plaintiff must file one complete copy

5    of his petition filed in the California Supreme Court, case number S193252.  **Failure to comply**

6    **with this court order will result in the denial of plaintiff's motion for reconsideration.**  The

7    court will defer ruling on plaintiff's motion for reconsideration upon receipt of the requested

8    documents.

9          The clerk shall send plaintiff a copy of the court's November 17, 2011 order, as well as a

10   copy of the docket sheet.  This order terminates docket number 19.

11         IT IS SO ORDERED.

12   DATED: _____

13                                         RONALD M. WHYTE
                                           United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


THEODORE SHOVE et al,

                Plaintiff,

  v.

M. MARTEL et al,

                Defendant.

_____/

Case Number: CV11-03707 RMW

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Theodore Shove G11092
San Quentin State Prison
San Quentin, CA 94974

Dated: March 28, 2012

                               Richard W. Wieking, Clerk
                               By: Jackie Lynn Garcia, Deputy Clerk